# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WINES, VINES AND CORKS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST NATIONAL OF NEBRASKA, INC., FIRST NATIONAL BANK OF OMAHA; FIRST NATIONAL MERCHANT SOLUTIONS, LLC; and FRONTSTREAM PAYMENTS, INC.<br><br>　　　　Defendants. | CASE NO.: 8:14-CV-00082<br><br>**Defendant First National Merchant Solutions, LLC's (n/k/a TSYS Merchant Solutions, LLC) Motion to Dismiss Class Action Complaint** |

Defendant First National Merchant Solutions, LLC (n/k/a TSYS Merchant Solutions, LLC) ("TMS") moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Class Action Complaint for failure to state a claim. In support of this Motion, TMS submits the accompanying Brief.

Wherefore, TMS respectfully requests that the Court dismiss this action with prejudice.

Respectfully submitted this 18th day of April, 2014

　　　　　　　　　　FIRST NATIONAL MERCHANT SOLUTIONS, LLC (n/k/a TSYS MERCHANT SOLUTIONS, LLC), Defendant

　　　　　　　　　　By:　s/Kenneth W. Hartman
　　　　　　　　　　　　Kenneth W. Hartman (NE# 21954)
　　　　　　　　　　　　Krista M. Eckhoff (NE# 25346)
　　　　　　　　　　Of　BAIRD HOLM LLP
　　　　　　　　　　　　1700 Farnam St, Suite 1500
　　　　　　　　　　　　Omaha, NE  68102-2068
　　　　　　　　　　　　Phone: 402-344-0500
　　　　　　　　　　　　khartman@bairdholm.com
　　　　　　　　　　　　keckhoff@bairdholm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 18, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mark C. Laughlin
Elizabeth A. Culhane
FRASER STRYKER PC LLO
409 South 17th Street
Omaha, Nebraska 68102
mlaughlin@fraserstryker.com
eculhane@fraserstryker.com

Eric Chandler
Law Offices of Eric R. Chandler, PC LLO
Keeline Building
319 South 17th Street, Suite 522
Omaha, Nebraska 68102
eric@ericchandler.com

Thomas A. Grennan
Gross & Welch, PC LLO
1500 Omaha Tower
2120 S. 72nd Street
Omaha, NE 68124
tgrennan@grosswelch.com

Robert Ellis
Kirkland & Ellis
300 North LaSalle
Chicago, Illinois 60654
rellis@kirkland.com

Philip G. Fairbanks
Erik D. Peterson
Mehr Fairbanks Trial Lawyers, P.L.L.C.
201 West Short Street, Suite 800
Lexington, KY 40507
pgf@austinmehr.com
edp@austimmehr.com

                                                s/Kenneth W. Hartman