IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WINES, VINES AND CORKS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL OF NEBRASKA, INC.,<br>FIRST NATIONAL BANK OF OMAHA,<br>FIRST NATIONAL MERCHANT<br>SOLUTIONS, LLC; and FRONTSTREAM<br>PAYMENTS, INC.,<br><br>            Defendants. | 8:14CV82<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 18th day of August, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge