IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINES, VINES AND CORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV82 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, | ) | ORDER |
| INC., FIRST NATIONAL BANK OF | ) | |
| OMAHA, FIRST NATIONAL | ) | |
| MERCHANT SOLUTIONS, LLC, and | ) | |
| FRONTSTREAM PAYMENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant Frontstream Payments, Inc.'s motion for enlargement of time to respond to plaintiff's complaint (Filing No. 36). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said defendant's motion is granted. The defendant shall have until October 3, 2014, to answer or otherwise respond to plaintiff's complaint.

DATED this 3rd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court