# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WINES, VINES AND CORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL OF NEBRASKA, INC.; FIRST NATIONAL BANK OF OMAHA; FIRST NATIONAL MERCHANT SOLUTIONS, LLC; and FRONTSTREAM PAYMENTS, INC.,<br><br>Defendants. | CASE NO. 8:14-CV-00082<br><br>**ORDER ON STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** |

    This matter is before the Court on the parties' Stipulation for Partial Dismissal with Prejudice, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Filing No. 52). Pursuant to the stipulation, the Court will dismiss the claims asserted by plaintiff, and all claims or counterclaims that were brought or could have been asserted, with prejudice, with each party to bear its own costs and attorneys' fees. The Court will not dismiss the cross-claims asserted by First National Bank of Omaha and First National of Nebraska, Inc., at this time. Accordingly,

    IT IS ORDERED that the claims asserted by plaintiff and all claims and counterclaims that were brought or could have been brought are hereby DISMISSED with prejudice, with each party to bear its own costs and attorneys'

fees. This order does not apply to the cross-claims asserted by First National Bank of Omaha and First National of Nebraska, Inc.

DATED this 5th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

Lyle E. Strom, Senior Judge
United States District Court

Prepared and Submitted by:

Kenneth W. Hartman (NE # 21954)
of BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
khartman@bairdholm.com

Attorneys for Defendant TSYS Merchant Solutions

DOCS/1347460.1