IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINES, VINES AND CORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV82 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, | ) | ORDER |
| INC., FIRST NATIONAL BANK OF | ) | |
| OMAHA, FIRST NATIONAL | ) | |
| MERCHANT SOLUTIONS, LLC, and | ) | |
| FRONTSTREAM PAYMENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        This matter is before the Court on the defendants'
notice of dismissal with prejudice (Filing No. 54).  Pursuant
thereto,

        IT IS ORDERED that the cross-claims asserted by the
First National defendants are dismissed with prejudice.  This
action is concluded.

        DATED this 8th day of January, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court